| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-14718-AMC**

Beverly A. Schaffer  
725 E. Rittenhouse Street  
Philadelphia  PA    19144

Petition Filed Date: 12/11/2020  
341 Hearing Date: 01/15/2021  
Confirmation Date: 07/28/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2023 | $1,356.00 | | 09/14/2023 | $1,356.00 | | 10/18/2023 | $1,356.00 | |
| 11/14/2023 | $1,356.00 | | 12/14/2023 | $1,356.00 | | 01/16/2024 | $1,356.00 | |
| 02/14/2024 | $1,356.00 | | 03/11/2024 | $1,356.00 | | 04/10/2024 | $1,356.00 | |
| 05/09/2024 | $1,356.00 | | 06/11/2024 | $1,356.00 | | 07/10/2024 | $1,356.00 | |

**Total Receipts for the Period:  $16,272.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $46,028.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  01S | Secured Creditors | $4,556.64 | $2,991.25 | $1,565.39 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  01U | Unsecured Creditors | $1,655.15 | $0.00 | $1,655.15 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  002 | Unsecured Creditors | $294.05 | $0.00 | $294.05 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  003 | Unsecured Creditors | $249.15 | $0.00 | $249.15 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  004 | Unsecured Creditors | $196.32 | $0.00 | $196.32 |
| 6 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $15,636.20 | $0.00 | $15,636.20 |
| 7 | LVNV FUNDING LLC<br>»»  007 | Unsecured Creditors | $446.21 | $0.00 | $446.21 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»»  008 | Secured Creditors | $55.05 | $31.41 | $23.64 |
| 9 | US DEPARTMENT OF EDUCATION<br>»»  009 | Unsecured Creditors | $210.27 | $0.00 | $210.27 |
| 0 | CIBIK LAW, PC | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 10 | PHH MORTGAGE SERVICES<br>»»  011 | Secured Creditors | $52,452.14 | $34,432.70 | $18,019.44 |
| 11 | LVNV FUNDING LLC<br>»»  006 | Unsecured Creditors | $497.04 | $0.00 | $497.04 |

**Chapter 13 Case No. 20-14718-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $46,028.00 | Current Monthly Payment: | $1,386.00 |
| Paid to Claims: | $41,955.36 | Arrearages: | $810.00 |
| Paid to Trustee: | $4,067.92 | Total Plan Base: | $69,014.00 |
| Funds on Hand: | $4.72 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.