United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Beverly A. Schaffer

    Debtor

Case No. 20-14718-amc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2

User: admin

Page 1 of 3

Date Rcvd: Jun 11, 2026

Form ID: 138OBJ

Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Beverly A. Schaffer, 725 E. Rittenhouse Street, Philadelphia, PA 19144-1247 |
| 14614517 | + | Champion Mortgage, P.O. Box 818061, Cleveland, OH 44181-8061 |
| 14568245 | + | Champion Mortgage Company, PO Box 39457, Solon, OH 44139-0457 |
| 14568257 | | InSolve Recovery, LLC, c/o Capital Recov, Dept 3203, PO BOX 123203, DALLAS, TX 75312-3203 |
| 14568259 | + | McCabe, Weisberg and Conway, P.C., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 14568260 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14568262 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14568270 | + | Us Dept Ed, PO Box 1030, Coraopolis, PA 15108-6030 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Jun 12 2026 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 12 2026 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14568249 | | Email/Text: megan.harper@phila.gov | Jun 12 2026 00:40:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14585668 | | Email/Text: megan.harper@phila.gov | Jun 12 2026 00:40:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14568248 | | Email/Text: megan.harper@phila.gov | Jun 12 2026 00:40:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14568244 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 12 2026 00:39:01 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14568247 | + | Email/Text: ecf@ccpclaw.com | Jun 12 2026 00:39:00 | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14568246 | + | Email/Text: ecf@ccpclaw.com | Jun 12 2026 00:39:00 | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102, ccpc@ccpclaw.com 19102-3518 |
| 14568250 | + | Email/Text: bankruptcy@philapark.org | Jun 12 2026 00:40:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14568251 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 12 2026 00:39:02 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |

District/off: 0313-2      User: admin      Page 2 of 3

Date Rcvd: Jun 11, 2026      Form ID: 138OBJ      Total Noticed: 40

| ID | | Notice Method | Time | Recipient |
|---|---|---|---|---|
| 14568252 | | Email/Text: bankruptcycourts@equifax.com | Jun 12 2026 00:39:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14568253 | ^ | MEBN | Jun 12 2026 00:35:07 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14568254 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 12 2026 00:38:52 | First Premier Bank, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 14568255 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 12 2026 00:40:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14568256 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 12 2026 00:39:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14568258 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 12 2026 00:40:00 | Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-9617 |
| 14582937 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2026 00:39:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14677985 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 12 2026 00:39:00 | Mortgage Assets Management, LLC, PHH Mortgage Services, PO Box 24606, West Palm Beach, Florida 33416-4606 |
| 14808949 | + | Email/Text: RASEBN@raslg.com | Jun 12 2026 00:39:00 | Mortgage Assets Management, LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14631763 | + | Email/Text: RASEBN@raslg.com | Jun 12 2026 00:39:00 | Nationstar Mortgage LLC, dba Champion Mortgage Company, c/o Charles Wohlrab Esq., 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 14568263 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2026 00:38:52 | Portfolio Recovery, PO box 41067, Norfolk, VA 23541 |
| 14568264 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2026 00:39:13 | PRA Receivables Management LLC, Portfolio Recovery Associates LLC, PO Box 12907, Norfolk, VA 23541-0907 |
| 14568261 | + | Email/Text: bankruptcy@philapark.org | Jun 12 2026 00:40:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14580975 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 12 2026 00:40:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14568265 | + | Email/Text: bnc-quantum@quantum3group.com | Jun 12 2026 00:40:00 | Quantum 3 Group, P.O. Box 788, Kirkland, WA 98083-0788 |
| 14568266 | | Email/Text: bnc-quantum@quantum3group.com | Jun 12 2026 00:40:00 | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14575317 | | Email/Text: bnc-quantum@quantum3group.com | Jun 12 2026 00:40:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14573505 | | Email/Text: bnc-quantum@quantum3group.com | Jun 12 2026 00:40:00 | Quantum3 Group, LLC as agent for, NCEP, PO Box 788, Kirkland, WA 98083-0788 |
| 14568267 | | Email/Text: enotifications@santanderconsumerusa.com | Jun 12 2026 00:40:00 | Santander Consumer USA Inc., PO BOX 560284, DALLAS, TX 75356-0284 |
| 14568268 | | Email/Text: DASPUBREC@transunion.com | Jun 12 2026 00:39:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14597446 | | Email/Text: EDBKNotices@ecmc.org | Jun 12 2026 00:39:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 14568269 | | Email/Text: EDBKNotices@ecmc.org | Jun 12 2026 00:39:00 | US Department of Education, P O Box 65128, Saint Paul MN 55165 |

TOTAL: 32

District/off: 0313-2                              User: admin                                    Page 3 of 3

Date Rcvd: Jun 11, 2026                          Form ID: 138OBJ                                 Total Noticed: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14673798 | ##+ | Mortgage Assets Management, LLC, c/o Marisa Myers Cohen, Esq., McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| MARISA MYERS COHEN | on behalf of Creditor Mortgage Assets Management  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MICHAEL A. CIBIK | on behalf of Debtor Beverly A. Schaffer help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Mortgage Assets Management  LLC mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY mimcgowan@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)–doc 61 – 52

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
    Beverly A. Schaffer                             )        Case No. 20–14718–amc
                                        )
                                        )
    Debtor(s).                                     )        Chapter: 13
                                        )
                                        )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 11, 2026                                      For The Court

                                                      Mohung Wong
                                                      Clerk of Court